# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2026 KW 0118

VERSUS

KEITHEAN O'BRIAN RILEY                            **APRIL 20, 2026**

---

In Re:    Keithean O'Brian Riley, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2178-M-2025.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2, 4-3, & 4-5(C)(11), by failing to include documentation of a timely request for a return date, the return date, and any extensions to the return date. Relator also failed to comply with Rules 4-5(C)(3) and (10), in that counsel failed to update the status of the case and the application does not contain pertinent court minutes. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before June 22, 2026, and should include documentation of the return date and/or proof of any extensions to the return date set by the court, the entire contents of this application, the missing items, and a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT